**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Terrell William Proctor d/b/a T. W. Proctor and Associates and PRECO v. Quality Signs, Inc.

Appellate case number: 01-15-00861-CV

Trial court case number: 2013-38503

Trial court: 80th District Court of Harris County

The Court issued a memorandum opinion in this cause on July 6, 2017. Appellants' motion for rehearing or en banc reconsideration was originally due to be filed on July 21, 2017. *See* TEX. R. APP. P. 49.1. After we granted appellants' second motion for an extension of time, appellants' motion for rehearing or en banc reconsideration was due on September 13, 2017, with no further extensions. *See id.* 49.8. Appellants have filed a third motion for an extension of time, requesting an additional twelve days to file their motion. The motion is **granted**. **Appellants' motion is due to be filed with this Court no later than MONDAY, SEPTEMBER 25, 2017. No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
        ☑ Acting individually    ☐ Acting for the Court

Date: September 19, 2017